## THE COMMISSIONERS OF HIGHWAYS, etc.

### v.

## THE VILLAGE OF ROCK FALLS.

PRACTICE.—There being no final judgment of the court below, the writ of error is dismissed.

ERROR to the Circuit Court of Whiteside county; the Hon. WILLIAM BROWN, Judge, presiding. Opinion filed January 17, 1879.

Messrs. BENNETT & GREEN, for plaintiffs in error; upon the rule for construction of statutes, cited Way v. Way, 64 Ill. 406; Beardstown v. Virginia, 66 Ill. 40; Perteet v. The People, 65 Ill. 230; Decker v. Hughes, 68 Ill. 33; Zarresseller v. The People, 17 Ill. 101; Spring v. Collector of Olney, 78 Ill. 101.

Messrs. JOHNSON & HOWLAND, for defendant in error; that the tax for road purposes levied on property in a village should be paid to the village treasurer, cited Baird v. The People, 83 Ill. 387; City of Galena v. Com'rs of Highways, 2 Bradwell, 255.

LELAND, J. This was an action of assumpsit by plaintiffs in error against defendant in error, to recover taxes received by the latter, claimed to belong to the former.

The court below sustained a demurrer to the second count of plaintiff's declaration, and either omitted to render any final judgment, or the clerk has omitted it from the record if rendered. All the other counts were withdrawn.

There being no final judgment of the court below, we cannot do otherwise than to dismiss the writ of error.

Writ of error dismissed.